NOTICE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

LESTER MCDANIEL,
*Petitioner,*

v.

DEPARTMENT OF HOMELAND SECURITY,
*Respondent.*

---

2012-3049

---

Petition for review of the Merit Systems Protection Board in No. SF0752100681-I-1.

---

## JUDGMENT

---

JEFFREY H. JACOBSON, Jacobson Law Firm, of Tucson, Arizona, argued for petitioner.

JANE W. VANNEMAN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were STUART F. DELERY, Acting Assistant Attorney General, JEANNE E. DAVISION, Director, and MARTIN F. HOCKEY, Assistant Director.

---

THIS CAUSE HAVING BEEN HEARD AND CONSIDERED, IT IS

ORDERED AND ADJUDGED:

PER CURIAM (NEWMAN, BRYSON, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 28, 2013         /s/ Jan Horbaly
        Date                    Jan Horbaly
                                  Clerk